IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **08-cr-117-JLK**

**UNITED STATES OF AMERICA**,

       Plaintiff,

v.

**1.    XIU YUN LI,**

       Defendant.

---

# MINUTE ORDER
## SETTING TRIAL DATE AND OTHER DEADLINES

Judge John L. Kane **ORDERS**

All pretrial motions in this matter are due on or before **April 4, 2008;** responses to these motions are due **April 14, 2008**. It is

FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and **Final Trial Preparation Conference** is set for **May 7, 2008, at 2:00 p.m.** If counsel believe evidentiary motions are necessary, a separate hearing date should be requested. It is

FURTHER ORDERED that a **3-day jury trial** is set for **May 12, 2008 at 9:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

---

Dated: March 13, 2008